**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNULFO ZEPEDA, ) | No. C 09-02211 JW (PR) |
| Plaintiff, ) | |
| vs. ) | ORDER GRANTING EXTENSION OF TIME TO FILE COPY OF PRISONER TRUST ACCOUNT STATEMENT |
| ARNDT JASON, ) | |
| Defendant. ) | |

On May 19, 2009, plaintiff filed this pro se civil rights action along with an application to proceed in forma pauperis. The same day, the clerk of the Court sent a notification to plaintiff that the application was insufficient because plaintiff had failed to attached a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) On May 28, 2009, plaintiff filed a letter stating that he had completed and submitted all the forms, and requesting the Court to "accept what I have mailed the complete packets [sic] on May 19, [20]09." ( Docket No. 5.)

To date, there is no record in this action of the Court receiving the necessary six-months prisoner trust account statement, without which the Court cannot consider granting leave to proceed in forma pauperis. In the interest of justice, the

Order Granting Extension of Time to file Trust Statement
P:\PRO-SE\SJ.JW\CR.09\Zepeda02211_ifp-eot.wpd

1  Court will extend the time for plaintiff to file the statement.  Plaintiff must file a
2  prisoner trust account statement showing transactions for the last six months **within**
3  **thirty (30) days** from the date this order is filed.
4      **Failure to do respond in accordance with this order will result in**
5  **dismissal of this case without prejudice for failure to pay the filing fee without**
6  **further notice to plaintiff.**

7
8  DATED:   June 17, 2009

                            JAMES WARE
9                             United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARNULFO ZEPEDA,

        Plaintiff,

  v.

ARNDT JASON,

        Defendant.
                                /

Case Number: CV09-02211 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  6/18/2009 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arnulfo Zepeda 08069227/PFN-DKF470
Santa Clara County Jail
885 N. San Pedro St.,
San Jose, Ca 95110

Dated:  6/18/2009

                              Richard W. Wieking, Clerk
                             /s/ By: Elizabeth Garcia, Deputy Clerk